James D. Robertson
SK5067 BRSF Edisto-149
4460 Broad River Rd.
Columbia, SC 29210


May 19, 2026


The Honorable Mary Gordon Baker
U.S. Magistrate Judge
P.O. Box 835
Charleston, SC 29402


Re: C/A No. 2:11-cv-00063-TMC-MGB

Dear Judge Baker,

Hello. I hope this finds you and your family well. While the hearing was somewhat stressful and at times emotional, I wanted to thank you for treating me with respect and allowing me to share my position on this matter.

I am writing today to ask for your help in obtaining one or both of the medications (Neurontin, Seroquel IR) prescribed for me in the past but removed from SCDC's formulary. After the conclusion of the hearing on May 11, I spent the next several days debriefing with both appointed and independent counsel, talking to Dr. Ellis (psychiatrist) and reflecting on my and the experts' testimony. If one or both of the medications in question were made available, it may not be necessary for you to rule on the Motion to Proceed Pro Se before you now. Although not guaranteed, I think the best chance of changing SCDC's mind lies with asking you to get involved.

Thank you for your time and help with this matter.

Sincerely,

James D. Robertson

RCV'D - USDC - CHAS, SC
2026 MAY 26 AM 8:43


cc: John Warren (via USPS)
    Emily Paavola (via Email)
    Teresa Norris (via Email)
    Laura McCready (via Email)
    Ashlyn Angell (via Email)
    Melody Brown (via Email)