James D. Robinson
SK5067 BRSF Edisto-149
4460 Broad River Rd.
Columbia, SC 29210

RCV'D - USDC - CHAS, SC
2026 MAY 26 AM 8:42

X-RAYED
USMS

The Honorable Mary Gordon Baker
U.S. Magistrate Judge
P.O. Box 835
Charleston, SC 29402

29402-083535





FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022