IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JAMES D. ROBERTSON, #5067 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **2:11-cv-00063-TMC-MGB** |
| v. | ) | |
| | ) | CAPITAL CASE |
| JOEL ANDERSON, Commissioner, | ) | |
| South Carolina Department of Corrections, | ) | |
| And LYDELL CHESTNUT, Deputy | ) | |
| Warden, Broad River Correctional Secure | ) | |
| Facility, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**STATUS REPORT**

As directed by this Court in its text order entered on June 4, 2026 (ECF No. 296), appointed counsel submit this status report regarding the matters discussed in the Sealed Virtual Status Conference held on the same day. Petitioner requests to withdraw his motion to proceed *pro se* (ECF No. 234), as he intends to file an action seeking reinstatement of his previously prescribed medication. The undersigned request a continuance of the stay of the habeas proceedings (ECF No. 44) of 30 days to secure counsel to represent Petitioner in that matter.

This, the 18th day of June, 2026.

*s/Teresa L. Norris*
TERESA L. NORRIS #6447
Assistant Federal Public Defender

Capital Habeas Unit
For the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
(980) 378-5105
Teresa_Norris@fd.org

JOHN G. BAKER
Federal Public Defender for the
Western District of North Carolina

GERALD W. KING, JR.
Chief, Capital Habeas Unit
For the Fourth Circuit

EMILY C. PAAVOLA #11488
900 Elmwood Ave., Suite 200
Columbia, SC 29201
(803) 834-0835
Emily@justice360sc.org

**CERTIFICATE OF SERVICE**

I, Teresa L. Norris, do hereby certify that I have this date served the Petitioner's Status Update in the foregoing action on the Respondents and Independent Counsel by filing the same in the Electronic Case File System.

<u>s/Teresa L. Norris</u>

Teresa L. Norris, Fed. ID #6447
Assistant Federal Public Defender

Capital Habeas Unit for the Fourth Circuit
Federal Public Defender
Western North Carolina, Inc.
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Telephone: (980) 378-5105
Teresa_Norris@fd.org

June 18, 2026.