

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Jonathan Knicely
Attorney
T: (803) 255-9593
Jonathan.knicely@nelsonmullins.com

1320 Main Street
17th Floor
Columbia, SC 29201
T: (803) 799-2000   F: (803) 256-7500
**nelsonmullins.com**

July 23, 2026

**<u>Via E-mail</u>**
The Honorable Mary Gordon Baker
U.S. Magistrate Judge
PO Box 835
Charleston, South Carolina 29402

RE:    2:11-cv-00063-TMC-MGB
       Robertson v. Stirling *et al*.
       Order on Motion to Unseal Document

Dear Judge Baker:

I, along with my colleague Jeremy Hodges, have agreed to represent Mr. James D. Robertson (SCDC ID: 00005067) for purposes of pursuing a legal action that seeks to restore access to one or more medications that were previously prescribed and provided to Mr. Robertson during his current incarceration.  My client, Mr. Robertson, is also a party to the action captioned above.

I am in receipt of the Court's July 22, 2026, Text Order (Dkt. No. 305) on a Motion to Unseal Document (Dkt. No. 303) that was filed in the matter captioned above.  Pursuant to that Text Order, I hereby certify that: (1) I have agreed to represent Mr. Robertson as noted herein, and (2) the any documents, records, and transcripts that will be provided to me by Mr. Robertson or his appointed counsel in the action captioned above will be used solely for the purpose of pursuing Mr. Robertson's intended separate legal action.

Thank you for your consideration of this matter and please do not hesitate to contact me if you require further information.

Very Truly Yours,

Jonathan Knicely