IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JAMES D. ROBERTSON, #5067 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **2:11-cv-00063-TMC-MGB** |
| v. | ) | |
| | ) | CAPITAL CASE |
| JOEL ANDERSON, Commissioner, | ) | |
| South Carolina Department of Corrections, | ) | |
| And LYDELL CHESTNUT, Deputy | ) | |
| Warden, Broad River Correctional Secure | ) | |
| Facility, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**STATUS REPORT**

On April 7, 2025, Mr. Roberston filed a motion for leave to proceed *pro se*, with the express intention to withdraw his federal habeas petition and be executed. ECF No. 234. On May 8 and 11, 2026, this Court held a sealed evidentiary hearing to determine Mr. Robertson's competency to waive counsel and the voluntariness of his waiver. ECF No. 283. On June 18, 2026, undersigned counsel notified the Court of Mr. Robertson's request to withdraw his motion to proceed *pro se*, explaining that Mr. Robertson intended to obtain counsel to represent him in an action to reinstate his previously prescribed medication. ECF No. 300. On June 25, 2026, this Court dismissed as moot Mr. Robertson's motion to proceed *pro se* and required appointed counsel to submit this status report regarding his intended legal action seeking reinstatement of his previously prescribed medication. ECF No. 301.

As undersigned counsel recently informed the Court, Jeremy Hodges and Jonathan Knicely of Nelson Mullins Riley & Scarborough LLP have agreed to represent Mr. Robertson in the intended action. Undersigned counsel moved to modify this Court's sealing orders to permit them

to provide Hodges and Knicely access to the sealed records and transcripts from Mr. Robertson's competency proceedings. ECF No. 303. The Court granted the motion, but requested that Mr. Robertson's newly retained counsel submit letters to the Court certifying (1) that they have agreed to represent Petitioner, and (2) that the disclosed records and transcripts will be used solely for the purpose of pursuing Petitioner's intended separate legal action. ECF No. 304. Mr. Hodges and Mr. Knicely submitted the required letters on July 23, 2026, ECF Nos. 306, 307, and undersigned counsel provided the relevant records and transcripts on July 24, 2026.

Undersigned counsel respectfully suggest that they submit another status report in 30 days updating the Court as to the status of Petitioner's legal action.

This, the 27th day of July, 2026.

*s/Teresa L. Norris*
TERESA L. NORRIS #6447
Assistant Federal Public Defender

Capital Habeas Unit
For the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
(980) 378-5105
Teresa_Norris@fd.org

JOHN G. BAKER
Federal Public Defender for the
Western District of North Carolina

GERALD W. KING, JR.
Chief, Capital Habeas Unit
For the Fourth Circuit

EMILY C. PAAVOLA #11488
900 Elmwood Ave., Suite 200
Columbia, SC 29201
(803) 834-0835
Emily@justice360sc.org

**CERTIFICATE OF SERVICE**

I, Teresa L. Norris, do hereby certify that I have this date served the Petitioner's Status Update in the foregoing action on the Respondents and Independent Counsel by filing the same in the Electronic Case File System.

_s/Teresa L. Norris_

Teresa L. Norris, Fed. ID #6447
Assistant Federal Public Defender

Capital Habeas Unit for the Fourth Circuit
Federal Public Defender
Western North Carolina, Inc.
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Telephone: (980) 378-5105
Teresa_Norris@fd.org

July 27, 2026.