IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JAMES D. ROBERTSON, #5067<br><br>Petitioner,<br><br>v.<br><br>JOEL ANDERSON, Commissioner, South Carolina Department of Corrections, And LYDELL CHESTNUT, Deputy Warden, Broad River Correctional Secure Facility,<br><br>Respondents. | **2:11-cv-00063-TMC-MGB**<br><br>CAPITAL CASE |

**STATUS REPORT**

On April 7, 2025, Mr. Roberston filed a motion for leave to proceed *pro se*, with the express intention to withdraw his federal habeas petition and be executed. ECF No. 234. On May 8 and 11, 2026, this Court held a sealed evidentiary hearing to determine Mr. Robertson's competency to waive counsel and the voluntariness of his waiver. ECF No. 283. On June 18, 2026, undersigned counsel notified the Court of Mr. Robertson's request to withdraw his motion to proceed *pro se*, explaining that Mr. Robertson intended to obtain counsel to represent him in an action to reinstate his previously prescribed medication. ECF No. 300. On June 25, 2026, this Court dismissed as moot Mr. Robertson's motion to proceed *pro* se. ECF No. 301.

Since that time, Jeremy Hodges and Jonathan Knicely of Nelson Mullins Riley & Scarborough LLP informed the Court that they have agreed to represent Mr. Robertson in a legal action seeking reinstatement of his previously prescribed medications. ECF Nos. 306 & 307. This Court then ordered, without opposition, that the undersigned counsel be allowed to provide Hodges and Knicely access to the sealed records and transcripts from Mr. Robertson's competency

proceedings before this Court. ECF No. 305. On July 30, 2026, this Court ordered that the undersigned counsel submit an additional status report on "Petitioner's intended action seeking reinstatement of his previously prescribed medication." Accordingly, this report is submitted.

Today, August 31, 2026, Mr. Robertson filed an action before this Court, pursuant to 42 U.S.C. § 1983, seeking a preliminary and permanent injunction requiring restoration of constitutionally adequate mental-health treatment, in the form of (a) restoring Mr. Robertson's regular access to mental health counselors with whom he can form long-term relationships, and (b) restoration of his access to Seroquel IR or Gabapentin. Case No. 2:26-cv-3773-TMC-MGB (Attached as Exhibit 1).

Undersigned counsel respectfully suggest that they submit another status report in 30 days updating the Court as to the status of Petitioner's ongoing 1983 action.

This, the 31st day of August, 2026.

*s/Teresa L. Norris*
TERESA L. NORRIS #6447
Assistant Federal Public Defender

Capital Habeas Unit
For the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
(980) 378-5105
Teresa_Norris@fd.org

JOHN G. BAKER
Federal Public Defender for the
Western District of North Carolina

GERALD W. KING, JR.
Chief, Capital Habeas Unit
For the Fourth Circuit

EMILY C. PAAVOLA #11488
900 Elmwood Ave., Suite 200
Columbia, SC 29201

(803) 834-0835
Emily@justice360sc.org

**CERTIFICATE OF SERVICE**

I, Teresa L. Norris, do hereby certify that I have this date served the Petitioner's Status Update in the foregoing action on the Respondents and Independent Counsel by filing the same in the Electronic Case File System.

*s/Teresa L. Norris*

Teresa L. Norris, Fed. ID #6447
Assistant Federal Public Defender

Capital Habeas Unit for the Fourth Circuit
Federal Public Defender
Western North Carolina, Inc.
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Telephone: (980) 378-5105
Teresa_Norris@fd.org

August 31, 2026.